Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| Andre Jackson | ) | Case No. |
| _____ | ) | _____ |
| Plaintiff(s) | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| | ) | **United States Courts** |
| Harris County Sheriff's Office Jail, | ) | **Southern District of Texas** |
| Texas Commission on Jail Standards, | ) | **F I L E D** |
| Harris County | ) | |
| _____ | ) | **MAY 1 0 2021** |
| -v- | ) | |
| Defendant(s) | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | Nathan Ochsner, Clerk of Court |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                   ANDRE JACKSON

All other names by which
you have been known:

ID Number                              02790243

Current Institution                    Harris County Sheriff's Office Jail

Address                                1200 Baker st.

| Houston | TX | 77002 |
|---------|-----|---------|
| City | State | Zip Code |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                        Harris County Sheriff's Office Jail
Job or Title (if known)
Shield Number
Employer
Address                     701 San Jacinto

| Houston | TX | 77002 |
|---------|-----|---------|
| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name                        Texas Commission on Jail Standards
Job or Title (if known)
Shield Number
Employer
Address

| Austin | TX | |
|---------|-----|---------|
| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                *Harris County*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

| City | State | Zip Code |
|------|-------|----------|
|      | TX    |          |

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |

   ☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☐ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? *The defendants knowingly and willfully ignored or refused to resolve my complaints about the food services lack of compliance with 37 TAC § 291.3 for a balanced diet (also USDAs MyPlate food guidance system outlined in the inmate handbook) and basic nutrition allowance... thereby acting negligently, collectively, in gross negligence for failing to correct the issue.*

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants knowingly and willfully ignored my complaints about the food services lack of compliance with 37 TAC § 281.3 for a balanced diet (also USDAs myplate food guidance system noted in inmate handbook) and basic nutrition allowances; thereby, acting negligently collectively in gross negligence failing to correct it.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~I was not fed in October that the menu had been changed and will no longer include rice (grains) with every meal nor will fruit be given every meal. At times vegetables are not served as well.~~ n/a

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Harris County Sheriff's Office Jail ; Mid October 2020

C.   What date and approximate time did the events giving rise to your claim(s) occur?

*October 20th*

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was notified in October that the menu no longer would require rice (grains) to be served with each meal neither would fruit. Ref: request 20-0370986. I complained to Lt. Anderson by mail, used formal grievance process [ref: grievance 20-0375248] And contacted the Sheriff, Legal Department, County Attorney and County Commissioners as well as Texas Commission on Jail standards all by mail. I've recorded all trays that I've received since last summer; they reflect the change. At times vegetables aren't even served. The problem was never reconciled. I never received the Co. Dietician's info as I requested, either.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I feel their negligence and dismissal of my complaints and failure to reinforce the law should be restituted by #75,000 (seventy-five thousand dollars). I've lost weight, but not enough to receive Boost nutritional supplemental shakes by jail policy. I've been patronized and ignored, basically, despite numerous outreaches. I've been served hundreds of non compliant meals, suffered hunger and undue anguish and psychological distress, worrying. stress.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Harris County Sheriff's Office Jail*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

*Food service problems – non compliance with basic nutrition standards*

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

HCSO Jail via Kiosk (electronic)

2.  What did you claim in your grievance?

I claimed that rice and fruit not being served at every meal was not in compliance with the law and advised the person who prepares the menu (county dietitian) be notified for correction.

3.  What was the result, if any?

The grievance was never formally processed by the board instead only forwarded to 'Inmate Services Supervisor' (reg. 20-0375248) ~~founded / unfounded~~ no change to meals/menu.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I wrote to LT Anderson, county commissioners (and Lina Hidalgo), Sheriff Gonzalez and the county attorney Vince Ryan

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:

_____

    2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I questioned this in other requests : 20-0343315 and 20-0363610

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit
           Plaintiff(s)        _____
           Defendant(s)        _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*

           _____

      3.   Docket or index number

           _____

      4.   Name of Judge assigned to your case

           _____

      5.   Approximate date of filing lawsuit

           _____

      6.   Is the case still pending?

           ☐ Yes

           ☐ No

           If no, give the approximate date of disposition.    _____

      7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered
           in your favor?  Was the case appealed?)*

           _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

     _____

**IX.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   3/10/21

Signature of Plaintiff
Printed Name of Plaintiff   *Andre Jackson*
Prison Identification #   02790243
Prison Address   2J2-2J, 1200 Baker Street
                           Houston          TX      77002
                           City                State    Zip Code

**B.  For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
                           _____
                           City                State    Zip Code
Telephone Number   _____
E-mail Address   _____



**SUBPOENA**

CAUSE NO._____

<del>THE STATE OF TEXAS</del> ~~Or~~
Andre Jackson

vs.

Harris County Sheriff's Office Jail,
Tx Commission on Jail Standards
Harris County

IN THE _____ DISTRICT COURT

COUNTY CRIMINAL COURT
AT LAW NO. _____

OF HARRIS COUNTY, TEXAS

TO ANY PEACE OFFICER OF HARRIS COUNTY OR OTHER PERSON AUTHORIZED TO SERVE THIS PROCESS IN ACCORDANCE WITH ART. 24.01(b) C.C.P. - GREETINGS:

Name Of Person Other Than A Peace Officer To Execute Summons:
_____

**YOU ARE HEREBY COMMANDED TO SUMMON** all correspondence (letters) from the defendant, Andre Jackson, after October 2020. Additionally, specific to Harris County Sheriff's Office Jail: letter addressed to Major Jones, Lieutenant Anderson, and Sheriff Gonzales. Also, for HCSO jail, copy of request # 20-0370986 and # 20-0375248.

Specifically, proof of reporting of complaint was made to HCSO Legal department in writing and at the county level in a letter addressed to 'Vince Ryan, County Attorney.'

if to be found in your County, to be and appear before the above designated court in and for Harris County, on _____ at 8:45 a.m., to give evidence in behalf of the State and Defendant in the above styled cause, and there to remain from day to day, and from term to term until discharged by the Court.  Disobedience of this subpoena may result in confinement in the Harris County Jail and a fine.

**WITNESS** my official signature on _____

Upon receipt contact DEFENSE/STATE using
the information listed below:

**MARILYN BURGESS, District Clerk**
Harris County, Texas

NAME:_____
ADDRESS:_____
BAR#:_____
TELEPHONE NUMBER:_____
Deputy
FAX NUMBER:_____
E-MAIL ADDRESS:_____

By_____,

1 of 2

SHERIFF'S RETURN

Came to hand on the _____ day of _____ 20 _____ and executed by summoning the within named witness _____ in person, in the County of Harris, at the dates as herein stated,:

| Date of Service | Name | Miles | Direction | Fee For Service | Fee For Mileage | Total Fee |
|---|---|---|---|---|---|---|
| _____ | _____ | ____ | ____ | _____ | _____ | _____ |
| _____ | _____ | ____ | ____ | _____ | _____ | _____ |
| _____ | _____ | ____ | ____ | _____ | _____ | _____ |
| _____ | _____ | ____ | ____ | _____ | _____ | _____ |
| _____ | _____ | ____ | ____ | _____ | _____ | _____ |
| | | | | TOTAL FEE... | | |

and not executed as to witness _____
the diligence used in finding said witness _____ being _____
_____

and who after due search and diligent inquiry, cannot be found in Harris County, Texas.


Sheriff of Harris County, Texas

By _____, Deputy

Houston Division

## ADDRESS, HOURS, SECURITY and ELECTRONIC DEVICE POLICY

Location:

United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Correspondence:

David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208